**DALLAS JOINT STOCK LAND BANK OF DALLAS, Appellant, v. Israel Henry SPIKES, Bankrupt, Appellee.**

No. 8185.

Circuit Court of Appeals, Fifth Circuit.

April 9, 1937.

Wm. Andress, Jr., and Chas. S. McCombs, both of Dallas, Tex., for appellant.

John E. Sentell, of Snyder, Tex., for appellee.

Before FOSTER, SIBLEY, and HOLMES, Circuit Judges.

PER CURIAM.

Appellant is the holder of a mortgage on the property of the bankrupt, Spikes. The assignments of error all run to an order of the court overruling a petition of appellant to dismiss the bankruptcy proceedings or, in the alternative, to give it leave to proceed in a state court. The grounds for dismissal urged were that subsection (s) of section 75 of the Bankruptcy Act of 1898, as amended by the Act of Congress of August 28, 1935, § 6, 49 Stat. 943, 11 U.S.C.A. § 203(s), is unconstitutional, as not within the bankruptcy powers of Congress, and deprives appellant of property rights granted to it by the laws of the state of Texas. On the authority of Dallas Joint Stock Land Bank v. Davis (C.C.A.) 83 F.(2d) 322 and Wright, Bankrupt, v. Vinton Branch of Mountain Trust Bank of Roanoke, Va., 57 S.Ct. 556, 81 L.Ed. ——, decided March 29, 1937, the judgment is affirmed.

■

**William M. DAVEY, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.**

No. 8470.

Circuit Court of Appeals, Ninth Circuit.

March 1, 1937.

James W. Morris, Asst. Atty. Gen., for respondent.

Before WILBUR, MATHEWS, and HANEY, Circuit Judges.

PER CURIAM.

Upon motion of counsel for respondent, ordered petition to review in above cause dismissed for failure of petitioner to file record and docket cause; mandate forthwith.

■

**FEDERAL TRADE COMMISSION v. EVANS FUR COMPANY et al.**

No. 6099.

Circuit Court of Appeals, Seventh Circuit.

Jan. 4, 1937.

Before EVANS and SPARKS, Circuit Judges.

PER CURIAM.

Now comes the petitioner by its counsel and presents a joint motion of petitioner and respondent that this petition for enforcement of order of Federal Trade Commission be dismissed. On consideration whereof it is ordered and adjudged by this court that this petition for enforcement of order of the Federal Trade Commission be, and the same is hereby, dismissed without prejudice to the right of said Federal Trade Commission, at its option and in its discretion, at any time or times hereafter, to file in this court or other court said petition or a like petition or such petition or papers as said Commission may elect, or to do such other acts as said Commission shall deem to be in the public interest.